UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARRY CAMPO | CIVIL ACTION |
| VERSUS | NO. 17-4880 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION "H" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 10th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE